MICHAEL W. KNAPP (CA Bar No. 200422)
BRADLEY ARANT BOULT CUMMINGS LLP
214 N. Tryon Street, Suite 3700
Charlotte, NC 28202
Phone: (704) 338-6004
Fax: (704) 338-6096
Email: mknapp@bradley.com

*Attorneys for Defendant*
Agri-Systems d/b/a ASI Industrial

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIGGE CRANE AND RIGGING CO., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AGRI-SYSTEMS dba ASI INDUSTRIAL, a corporation; and TOKIO MARINE AMERICA INSURANCE COMPANY, a corporation, and DOES 1through 25, inclusive, fictitiously named parties.<br><br>    Defendants. | Case No. 4:25-cv-07460-AMO<br><br>[~~PROPOSED~~] ORDER EXTENDING DEADLINES FOR CASE MANAGEMENT STATEMENT AND INITIAL CASE MANAGEMENT CONFERENCE<br><br>Complaint Filed: August 6, 2025<br>Removed:          September 3, 2025<br><br>Judge:  Hon. Araceli Martínez-Olguín |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT the Joint Case Management Statement is now due on __6/1/2026_, and the Initial Case Management Conference is continued to _6/8/2026 at _11:00 a.m.

DATED:____5/19/2026_____    _____
Hon. Araceli Martínez-Olguín
United States District Judge

1                                                    4:25-cv-07460-AMO